# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **VICTOR MANUEL GONZALEZ,** *Plaintiff* | § § § § | |
| v. | § § § | MO:25-CV-00267-DC |
| **DALTON LEE SCRUGGS,** *Defendant* | § § § | |

## ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the report and recommendation from United States Magistrate Judge Ronald C. Griffin concerning Plaintiff's Motion to Remand.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his report and recommendation on September 30, 2025.[2] As of the date of this order, no party has filed objections to this report and recommendation.

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Doc. 3.
[2] Doc. 7.
[3] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. Accordingly, Plaintiff's Motion to Remand is **DENIED**.

It is so **ORDERED**.

SIGNED this 15th day of October, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE